# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

CHAD NEWTON,

        Plaintiff,

v.                                                                          Case No. 12-10895

STATE FARM FIRE & CASUALTY CO.,

        Defendant.

_____/

## ORDER SETTING BRIEFING DEADLINES

On March 22, 2012, the court conducted a telephonic scheduling conference with counsel for the parties.  During the conference, Defendant's counsel indicated that Defendant would soon be filing a dispositive motion addressing all of Plaintiff's claims. Plaintiff's counsel confirmed that a response could be prepared in short order, and the parties agreed on the specific dates on which to file their respective briefs.  Accordingly,

IT IS ORDERED that Defendant shall file its contemplated motion by **April 19, 2012**.  Plaintiff's response shall be filed by **May 4, 2012**.  Any reply, which is optional, shall be filed by **May 11, 2012**.  Unless otherwise ordered, the court will not conduct a hearing on the motion.  *See* E.D. Mich. LR 7.1(f)(2).

A separate scheduling order will issue setting forth additional discovery and trial deadlines, should the case survive Defendant's motion.

                    s/Robert H. Cleland_____
                    ROBERT H. CLELAND
                    UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 22, 2012, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522