# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CHAD NEWTON,

      Plaintiff,

v.                                    Case No. 12-10895

STATE FARM FIRE & CASUALTY CO.,

      Defendant.

_____/

## JUDGMENT

In accordance with the court's June 12, 2012 "Opinion and Order Granting Defendant's Motion for Summary Judgment and Cancelling June 20, 2012 Motion Hearing,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant State Farm Fire & Casualty Co. and against Plaintiff Chad Newton. Dated at Detroit, Michigan, this 12th day of June, 2012.

                              DAVID J. WEAVER
                              CLERK OF THE COURT


                      BY: s/Lisa Wagner
                              Lisa Wagner, Deputy Clerk
                              and Case Manager to
                              Judge Robert H. Cleland