**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHAD NEWTON,

    Plaintiff,

v.                                  Case No. 12-10895

STATE FARM FIRE & CASUALTY CO.,

    Defendant.
                                          /

**JUDGMENT**

In accordance with the court's June 12, 2012 "Opinion and Order Granting Defendant's Motion for Summary Judgment and Cancelling June 20, 2012 Motion Hearing,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant State Farm Fire & Casualty Co. and against Plaintiff Chad Newton. Dated at Detroit, Michigan, this 12th day of June, 2012.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

                                             BY: s/Lisa Wagner
                                                Lisa Wagner, Deputy Clerk
                                                and Case Manager to
                                                Judge Robert H. Cleland